UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                          1:17-cr-187 - RJJ

v.                                        INDICTMENT
                                               **PENALTY SHEET**

DANIEL NATHAN PHILLIPS,

       Defendant.

_____/

**COUNT 1** – Access with Intent to View Child Pornography – 18 U.S.C. § 2252A(a)(5)(B) and (b)(2)

**Maximum penalty:** Not more than 20 years and/or $250,000 fine [18 U.S.C. § 3571]

**Supervised Release:** Any term of years not less than 5 and up to life [18 U.S.C. § 3583(k)] (Class C Felony, 18 U.S.C. § 3559)

**Special Assessment**: $100 [18 U.S.C. § 3013]

**Additional Special Assessment**: $5,000 [18 U.S.C. § 3014]

**Restitution**: May be ordered [18 U.S.C. § 3663]

**Other**: Requires Sex Offender Registration

**COUNT 2**—Possession of Child Pornography—18 U.S.C. § 2252A(a)(5)(B) and (b)(2)

**Maximum penalty:** Not more than 20 years and/or $250,000 fine [18 U.S.C. § 3571]

**Supervised Release:** Any term of years not less than 5 and up to life. [18 U.S.C. § 3583(k)] (Class C Felony, 18 U.S.C. § 3559)

**Special Assessment**: $100 [18 U.S.C. § 3013]

**Additional special assessment:** $5,000 [18 U.S.C. § 3014]

**Restitution**: Mandatory [18 U.S.C. § 3663A]

**Other**: Requires Sex Offender Registration

**FORFEITURE**

/s/Alexis Sanford
Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046